1  WALTER F. BROWN, JR. (SBN 130248)
   ORRICK, HERRINGTON & SUTCLIFFE LLP
2  The Orrick Building
   405 Howard Street
3  San Francisco, CA 94105-2669
   Telephone:  415-773-5700
4  Facsimile:   415-773-5759

5  Attorneys for Defendant
   WILLIAM HOLMAN
6

7

8              IN THE UNITED STATES DISTRICT COURT

9            FOR THE NORTHERN DISTRICT OF CALIFORNIA

10                   SAN FRANCISCO DIVISION

11

12 | UNITED STATES OF AMERICA,              | CASE NO. CR-05-0208 CRB
13 |              Plaintiff,                 | [~~PROPOSED~~] ORDER GRANTING
                                              DEFENDANTS' EX PARTE
14 |     v.                                  | APPLICATION FOR ORDER
                                              SHORTENING TIME
15 | VIDEO NETWORK COMMUNICATIONS
   | INC., et al.,
16 |
   |              Defendants.
17 |

DOCSSF1:873433.2

[PROPOSED] ORDER GRANTING
EX PARTE APPLICATION FOR ORDER SHORTENING TIME

1  Having considered defendants' Ex Parte Application For An Order Shortening
2  Time, and good cause being shown,
3  IT IS HEREBY ORDERED THAT DEFENDANTS' APPLICATION IS
4  GRANTED. Defendants' Joint Motion To Continue Trial Date shall be briefed and heard
5  according to the following schedule.

| | | | |
|---|---|---|---|
| 6 | 1. | Defendants' Joint Motion To Continue Trial Date: | March 16, 2006 |
| 7 | 2. | Government's Opposition Brief: | March 23, 2006 |
| 8 | 3. | Defendants' Reply Brief: | March 24, 2006 |
| 9 | 4. | Hearing Date: | March 29, 2006 |
| 10 | 5. | Hearing Time: | 2:15 p.m. |

Dated: __March1 17__, 2006

IT IS SO ORDERED

Hon. Charles R. Breyer
Judge Charles R. Breyer
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

DOCSSF1:873433.2

[PROPOSED] ORDER GRANTING
EX PARTE APPLICATION FOR ORDER SHORTENING TIME