

**ORRICK**

ORRICK, HERRINGTON & SUTCLIFFE LLP
THE ORRICK BUILDING
405 HOWARD STREET
SAN FRANCISCO, CA 94105-2669

tel 415-773-5700
fax 415-773-5759

WWW.ORRICK.COM

February 12, 2007

Lucy Buford
415-773-5486
lbuford@orrick.com

**VIA FACSIMILE AND ECF (415) 522-4021**

Honorable James Larson
United States District Court Judge
450 Golden Gate Avenue
San Francisco, CA 94102

Re: U.S. v. VNCI, et al. (William Holman), CR 05-0208 CRB

Dear Judge Larson:

I am writing to confirm that the settlement conference for William Holman is scheduled for February 16, 2007 at 1:30 p.m. in your courtroom. Though we were initially scheduled by the Court for 2:30 p.m., with your clerk's permission we have switched times with Mark Rosenbush, attorney for Allan Green.

Thank you for your attention to this matter.

Very truly yours,

Lucy Buford
Attorney for William Holman

IT IS SO ORDERED.

February 12, 2007

*[Seal: UNITED STATES DISTRICT COURT, NORTHERN DISTRICT OF CALIFORNIA — IT IS SO ORDERED, Judge James Larson]*