IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>WILLIAM HOLMAN,<br><br>　　　　Defendant.<br>_____/ | No. C 05-00208-12 CRB<br><br>**ORDER** |

　　　The $250,000 fine imposed by the Court shall be due according to the following modified schedule of payments: The defendant shall pay $168,000 to the Clerk of the Court by May 15, 2008.

　　　The remaining balance shall be satisfied as follows: The defendant shall pay to the Clerk of the Court $28,000 plus interest by May 15, 2009.  The defendant shall pay to the Clerk of the Court $27,000 plus interest by May 15, 2010.  The defendant shall pay to the Clerk of the Court $27,000 plus interest by May 15, 2011.

　　　**IT IS SO ORDERED.**

Dated:  May 12, 2008　　　　　　　　　　　　　CHARLES  R. BREYER
　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE

G:\CRBALL\2005\0208cr\Fine Schedule.wpd